UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| GALLAGHER CONSTRUCTION CORP. | ) | Case No. 04-08624-SPS |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

### Trustee's Final Report

NOW COMES Joseph A. Baldi, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1. An involuntary petition was filed against the Debtor on March 4, 2004. An Order for Relief was entered under Chapter 7 of the Code on April 21, 2004. Joseph A. Baldi was appointed as Trustee on the April 27, 2004. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2. The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed, to the extent such claims will receive a distribution; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee has not found it advisable to oppose the Debtor's discharge. The trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3. The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $0.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4. A summary of the trustee's final account as of January 29, 2009 is as follows:

    a.  RECEIPTS (See Exhibit C)                                                          $24,645.79
    b.  DISBURSEMENTS (See Exhibit C)                                       [$15,214.97]
    c.  NET CASH available for distribution                                      $9,430.82
    d.  TRUSTEE/PROFESSIONAL COSTS[1]:
          1.  Trustee compensation requested                              [$1,861.10]

---

[1] Trustee and professionals will be paid their *pro rata* share of the remaining funds as a result of the administrative insolvency of this case.

    2.    Compensation requested by trustee's     [$7,569.72]
        Attorneys, Joseph A. Baldi & Associates     $0.00

5.   The Bar Date for filing unsecured claims expired on May 8, 2006.

6.   All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (Exhibit D), to the extent such claims will receive a distribution. The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---|
| a. | Allowed unpaid secured tax claims under §724(b) | $107,151.74 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $42,370.91 |
| c. | Allowed Chapter 11 administrative claims | $0.00 |
| d. | Allowed priority claims | $368,415.79 |
| e. | Allowed unsecured claims | $1,073,963.38 |

7.   Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8.   The compensation previously awarded to Trustee's counsel, accountants or other professionals, and the compensation requested but not yet allowed is as follows:

| Applicant | Compensation/ Expense Reimbursement Previously Awarded | Compensation/ Expense Reimbursement Previously Paid | Fees Now Requested |
|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE<br>*Trustee Compensation* | $0.00 | $0.00 | $3,214.36 |
| JOSEPH A. BALDI & ASSOCIATES, P.C.<br>*Attorney for Trustee (Trustee Firm)* | $35,826.55 | $15,175.55 | $3,330.00 |

9.   This case was commenced by the filing of an involuntary petition. Debtor did not seek court authority to retain an attorney, no attorney filed an appearance on behalf of the Debtor, and no declaration pursuant to Bankruptcy Rule 2016 was filed by an attorney for the Debtor. Trustee is unaware of any monies paid by Debtor to counsel for services rendered in this case.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

Respectfully Submitted

DATE: January 26, 2009

/s/Joseph A. Baldi, Trustee
Joseph A. Baldi, Trustee
Suite 1500
19 South LaSalle Street
Chicago, IL 60603

## EXHIBIT A
## TASKS PERFORMED BY TRUSTEE

A. Trustee examined the Debtor pursuant to 11 U.S.C. §341.

B. Trustee worked with representatives of the Debtor for the preparation and filing of schedules of assets and liabilities and statements of financial affairs; Trustee conferred with attorneys for the petitioning creditors for information regarding Estate assets and the Debtor's financial and business affairs;

C. Trustee reviewed and analyzed the mechanics' lien claims in favor of the Debtor; Trustee directed his attorneys to substitute Trustee as plaintiff in the state court litigation filed pre-petition by Debtor against Belmont Harbor Homes, *et al.* to recover the mechanics' lien in excess of $300,000 ("Mechanics Lien Litigation"); Trustee worked through his attorneys to resolve the Mechanics Lien Litigation; ultimately, the Trustee settled the Mechanics Lien Litigation and recovered gross proceeds of $17,500.00; Trustee worked to recover other outstanding accounts receivable of the Debtor; Trustee recovered an additional $7,000.00;

D Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

E. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

F. Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

G. Trustee attended to various tax matters of the Estate, including directing his attorneys to obtain a waiver from the Internal Revenue Service for the preparation of Estate tax returns;

H. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

**Trustee's Final Report**                                    Gallagher Construction Corporation
                                                              Case No. 04-08624

Form I

Individual Estate Property Record and Report

Exhibit B

# INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

| Case No: | 04-08624   SPS   Judge: Susan Pierson Sonderby | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | GALLAGHER CONSTRUCTION CORPORATION | Date Filed (f) or Converted (c): | 03/04/04 (f) |
|  |  | 341(a) Meeting Date: | 12/15/04 |
| For Period Ending: 01/26/09 |  | Claims Bar Date: | 05/08/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Insurance Policies | Unknown | 0.00 |  | 0.00 | FA |
| insurance for workmen's compensation claim, no value to estate |  |  |  |  |  |
| 2. Accounts Receivable | Unknown | 7,000.00 |  | 7,000.00 | FA |
| Plote receivable for retention, not due till owner pays, mechanic's lien case pending to collect. Settled claim for $7,000 |  |  |  |  |  |
| 3. Accounts Receivable | Unknown | 17,500.00 |  | 17,500.00 | FA |
| B2Built claim, mechanic's lien case filed, settled for $17,500 |  |  |  |  |  |
| 4. Accounts Receivable | Unknown | Unknown |  | 0.00 | FA |
| Misc accounts receivables - uncollectible |  |  |  |  |  |
| 5. Machinery, Fixtures, Business Equip | Unknown | Unknown |  | 0.00 | FA |
| various equipment, reviewed and no resale value |  |  |  |  |  |
| 6. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 145.79 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $0.00        $24,500.00                     $24,645.79        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pursued Debtor's mechanics lien case in state court against Melrose Place and B2Blt, agreed to settle for $17,500. Settlement approved by court and proceeds received by Trustee; Negotiated settlement of mechanic's lien claim as sub of Plote for $7,000. Submitted request for waiver of filing tax returns to IRS. TFR drafted and to be submitted to UST in January 2009

Initial Projected Date of Final Report (TFR): 12/31/07     Current Projected Date of Final Report (TFR): 01/31/09

LFORM1

Ver: 14.21

Trustee's Final Report

Gallagher Construction Corporation
Case No. 04-08624

Form II

Estate Cash Receipts and Disbursements Record

Exhibit C

Form 2

Page: 1

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-08624 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | GALLAGHER CONSTRUCTION CORPORATION | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0452 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1725 | | |
| For Period Ending: | 01/26/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C  05/16/06 | 3 | JOHN B. MCCAULEY 1826 W. School Street Chicago, IL 60657 | Settlement Proceeds | 1149-000 | 17,500.00 | | 17,500.00 |
| C  05/31/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 4.77 | | 17,504.77 |
| C t 06/15/06 | | Transfer to Acct #*******0517 | Bank Funds Transfer Transfer funds to pay release of mechanics lien against RE | 9999-000 | | 28.50 | 17,476.27 |
| C  06/30/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 14.37 | | 17,490.64 |
| C  07/31/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 14.86 | | 17,505.50 |
| C  08/31/06 | 6 | Bank of America, N A | Interest Rate 1.000 | 1270-000 | 14.87 | | 17,520.37 |
| C  09/29/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 14.40 | | 17,534.77 |
| C  10/31/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 14.89 | | 17,549.66 |
| C  11/30/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 14.42 | | 17,564.08 |
| C t 12/19/06 | | Transfer to Acct #*******0517 | Bank Funds Transfer Transfer to pay allowed interim expenses to attorneys. | 9999-000 | | 175.55 | 17,388.53 |
| C t 12/19/06 | | Transfer to Acct #*******0517 | Bank Funds Transfer Tranfer to pay allowed interim fees to attorneys. | 9999-000 | | 15,000.00 | 2,388.53 |
| C  12/29/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 9.51 | | 2,398.04 |
| C  01/31/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 2.04 | | 2,400.08 |
| C t 02/20/07 | | Transfer to Acct #*******0517 | Bank Funds Transfer | 9999-000 | | 2.01 | 2,398.07 |
| C  02/28/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 1.84 | | 2,399.91 |
| C  03/30/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 2.03 | | 2,401.94 |
| C  04/30/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 1.98 | | 2,403.92 |
| C  05/31/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 2.04 | | 2,405.96 |
| C  06/29/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 1.97 | | 2,407.93 |
| C  07/31/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 2.05 | | 2,409.98 |
| C  08/31/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 2.05 | | 2,412.03 |
| C  09/28/07 | 6 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 1.53 | | 2,413.56 |
| C  10/31/07 | 6 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 1.55 | | 2,415.11 |
| C  11/20/07 | 2 | Plote Construction Inc. | ACCOUNTS RECEIVABLE | 1121-000 | 7,000.00 | | 9,415.11 |

LFORM2T4

Ver: 14.21

Form 2

Page: 2

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-08624 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | GALLAGHER CONSTRUCTION CORPORATION | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0452 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1725 | | |
| For Period Ending: | 01/26/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | 1100 Brandt Drive | | | | | |
| | | Hoffman Estates, IL 60192 | | | | | |
| C 11/30/07 | 6 | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 1.91 | | 9,417.02 |
| C 12/31/07 | 6 | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 4.50 | | 9,421.52 |
| C 01/31/08 | 6 | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 3.73 | | 9,425.25 |
| C t 02/19/08 | | Transfer to Acct #*******0517 | Bank Funds Transfer | 9999-000 | | 8.91 | 9,416.34 |
| C 02/29/08 | 6 | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 2.24 | | 9,418.58 |
| C 03/31/08 | 6 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 2.23 | | 9,420.81 |
| C 04/30/08 | 6 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 1.93 | | 9,422.74 |
| C 05/30/08 | 6 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.19 | | 9,423.93 |
| C 06/30/08 | 6 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.17 | | 9,425.10 |
| C 07/31/08 | 6 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.20 | | 9,426.30 |
| C 08/29/08 | 6 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.19 | | 9,427.49 |
| C 09/30/08 | 6 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.17 | | 9,428.66 |
| C 10/31/08 | 6 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 0.91 | | 9,429.57 |
| C 11/28/08 | 6 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 0.77 | | 9,430.34 |
| C 12/31/08 | 6 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.48 | | 9,430.82 |

* Reversed
t Funds Transfer
C Bank Cleared

| Account ******0452 | Balance Forward | 0.00 | 0 | Checks | 0.00 |
|---|---|---|---|---|---|
| 2 | Deposits | 24,500.00 | 0 | Adjustments Out | 0.00 |
| 32 | Interest Postings | 145.79 | 5 | Transfers Out | 15,214.97 |
| | Subtotal | $ 24,645.79 | | Total | $ 15,214.97 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 24,645.79 | | | |

LFORM2T4   Ver: 14.21

Page: 3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-08624 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | GALLAGHER CONSTRUCTION CORPORATION | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | ******0517 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1725 | | |
| For Period Ending: | 01/26/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| C t 06/15/06 | | Transfer from Acct #*******0452 | Bank Funds Transfer | 9999-000 | 28.50 | | 28.50 |
| C 06/15/06 | 001001 | Cook County Recorder of Deeds | Transfer funds to pay release of mechanics lien against RE Recording Fee - Release of Subcontractor's Mecahnics Lien 14-21-312-029-000 abd 14-21-312-030-0000 | 2990-000 | | 28.50 | 0.00 |
| C t 12/19/06 | | Transfer from Acct #*******0452 | Bank Funds Transfer Transfer to pay allowed interim expenses to attorneys. | 9999-000 | 175.55 | | 175.55 |
| C t 12/19/06 | | Transfer from Acct #*******0452 | Bank Funds Transfer Tranfer to pay allowed interim fees to attorneys. | 9999-000 | 15,000.00 | | 15,175.55 |
| C 12/19/06 | 001002 | Joseph A. Baldi & Associates, P.C. | Interim Compensation Per order dated 12/19/06 | 3110-000 | | 15,000.00 | 175.55 |
| C 12/19/06 | 001003 | JOSEPH A BALDI & ASSOCIATES, P.C. 19 South LaSalle Street Suite 1500 Chicago, Il 60603 | Interim Allowance for Expenses Per ct order dated 12/19/06 | 3110-000 | | 175.55 | 0.00 |
| C t 02/20/07 | | Transfer from Acct #*******0452 | Bank Funds Transfer | 9999-000 | 2.01 | | 2.01 |
| C 02/20/07 | 001004 | International Sureties, Ltd. Suite 500 203 Carondelet Street New Orleans LA 70130 | | 2300-000 | | 2.01 | 0.00 |
| C t 02/19/08 | | Transfer from Acct #*******0452 | Bank Funds Transfer | 9999-000 | 8.91 | | 8.91 |
| C 02/19/08 | 001005 | International Sureties 701 Pydras Street #420 New Orleans, LA 70139 | Bond Premium Payment 2008 Annual premium payment | 2300-000 | | 8.91 | 0.00 |

LFORM2T4

Ver: 14.21

Page: 4

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-08624 -SPS | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|
| Case Name: | GALLAGHER CONSTRUCTION CORPORATION | Bank Name: | Bank of America, N.A. |
| | | Account Number / CD #: | *******0517 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1725 | | |
| For Period Ending: | 01/26/09 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

\* Reversed
t Funds Transfer
C Bank Cleared

Account *******0517

| | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 0 | Deposits | 0.00 | 5 | Checks | 15,214.97 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 15,214.97 |
| 0 | Adjustments In | 0.00 | | | |
| 5 | Transfers In | 15,214.97 | | | |
| | Total | $ 15,214.97 | | | |

Report Totals

| | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 2 | Deposits | 24,500.00 | 5 | Checks | 15,214.97 |
| 32 | Interest Postings | 145.79 | 0 | Adjustments Out | 0.00 |
| | | | 5 | Transfers Out | 15,214.97 |
| | Subtotal | $ 24,645.79 | | | |
| | | | | Total | $ 30,429.94 |
| 0 | Adjustments In | 0.00 | | | |
| 5 | Transfers In | 15,214.97 | | | |
| | Total | $ 39,860.76 | | Net Total Balance | $ 9,430.82 |

LFORM2T4

Ver: 14.21

Proposed Distribution Report

Exhibit D

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| GALLAGHER CONSTRUCTION CORP. | ) | Case No. 04-08624-SPS |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

PROPOSED DISTRIBUTION REPORT

I, Joseph A. Baldi, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court; to the extent such claims will receive a distribution, and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

**SUMMARY OF DISTRIBUTION:**

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $9,430.82 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $9,430.82 |

EXHIBIT D

Case 04-08624   Doc 64   Filed 02/09/09   Entered 02/09/09 14:21:52   Desc Main
Document   Page 14 of 18

Report of Distribution—cont.                                   Page 2 of 6

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 7 Administrative Expenses and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $42,370.91 | 58.07% |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| | Joseph A. Baldi, Trustee *Trustee Compensation* | $3,214.36 | $1,861.10 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Fees(Trustee Firm)* | $38,981.00 | $7,569.72 |
| | Joseph A. Baldi & Associates, P.C. *Attorney for Trustee Expenses (Trustee Firm)* | $175.55 | $0.00 |
| | **CLASS TOTALS** | **$42,370.91** | **$9,430.82** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Chapter 11 administrative expenses | $ 0.00 | 0.00 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,925.00 | $ 0.00 | 0.00 |

EXHIBIT D

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions Employee Benefit Plans | $ 0.00 | 0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermans' claims to the extent of $4,925. | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits of consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) - Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §724(b) - Secured Tax Lien Claims | $ 107,151.74 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000004B | Illinois Department Of Employment Security<br>*Tax Liens* | $7,292.38 | $0.00 |
| 000019B | Dept Of The Treasury -IRS<br>*Tax Liens* | $99,859.36 | $0.00 |
| | **CLASS TOTALS** | **$107,151.74** | **$0.00** |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) - Unsecured Tax Claims excluding fines and penalties | $ 368,415.79 | 0.00 |

**EXHIBIT D**

Case 04-08624   Doc 64   Filed 02/09/09   Entered 02/09/09 14:21:52   Desc Main
Document   Page 16 of 18

Report of Distribution—cont.                                                    Page 4 of 6

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000004C | Illinois Department Of Employment Security<br>*Claims of Governmental Units-- 507* | $524.38 | $0.00 |
| 000010 | Illinois Department Of Revenue<br>*Claims of Governmental Units-- 507* | $10,500.00 | $0.00 |
| 000011 | Illinois Department Of Revenue<br>*Claims of Governmental Units-- 507* | $10,500.00 | $0.00 |
| 000019C | Dept Of The Treasury -IRS<br>*Claims of Governmental Units-- 507* | $346,891.41 | $0.00 |
| | **CLASS TOTALS** | **$368,415.79** | **$0.00** |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to Federal Depository Institutions | $ 0.00 | 0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Unsecured Claims To be paid <u>prorata</u> after costs of administration and priority claims are paid in full | $ 949,811.54 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 000001 | Laborers Pension Fund et al<br>*General Unsecured 726* | $626,851.27 | $0.00 |
| 000002 | Gatwood Crane Service Inc<br>*General Unsecured 726* | $6,000.00 | $0.00 |
| 000003 | Zurich American Insurance Co<br>*General Unsecured 726* | $18,633.87 | $0.00 |
| 000004A | Illinois Department Of Employment Security<br>*General Unsecured 726* | $926.15 | $0.00 |
| 000005 | Travelers Indemnity Insurance<br>*General Unsecured 726* | $12,120.00 | $0.00 |
| 000006 | Wiss, Janney, Elstner Associates, I<br>*General Unsecured 726* | $5,173.38 | $0.00 |
| 000007 | Mared Building Corp<br>*General Unsecured 726* | $7,400.00 | $0.00 |
| 000008 | Wil Pump<br>*General Unsecured 726* | $2,008.02 | $0.00 |

Case 04-08624    Doc 64    Filed 02/09/09    Entered 02/09/09 14:21:52    Desc Main
Document    Page 17 of 18

Report of Distribution—cont.                                          Page 5 of 6

| | | | |
|---|---|---:|---:|
| 000009 | M Tanzillo Inc  *General Unsecured 726* | $10,479.99 | $0.00 |
| 000012 | Chicago District Council Of Carpent  *General Unsecured 726* | $44,746.32 | $0.00 |
| 000013 | R & J Construction Supply Co  *General Unsecured 726* | $41,658.49 | $0.00 |
| 000014 | Rodriguez, Frank  *General Unsecured 726* | $508.35 | $0.00 |
| 000015 | MB Builders Inc  *General Unsecured 726* | $42,750.00 | $0.00 |
| 000016 | Rebar Detailing Services Inc  *General Unsecured 726* | $980.00 | $0.00 |
| 000017 | Zurich American Insurance Co  *General Unsecured 726* | $129,575.70 | $0.00 |
| | **CLASS TOTALS** | **$949,811.54** | **$0.00** |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(3) - Tardily filed unsecured claims | $ 124,151.84 | 0.00 |

| CLAIM NUMBER | CREDITOR | AMOUNT OF ALLOWED CLAIM | AMOUNT OF DIVIDEND |
|---|---|---:|---:|
| 000018 | Kendall County Concrete Inc  *Tardy General Unsecured 726* | $73,093.81 | $0.00 |
| 000019A | Dept Of The Treasury -IRS  *Tardy General Unsecured 726* | $41,853.03 | $0.00 |
| 000020 | St. Paul Travelers (Invol)  *Tardy General Unsecured 726* | $9,205.00 | $0.00 |
| | **CLASS TOTALS** | **$124,151.84** | **$0.00** |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(4) - Fines/penalties | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

EXHIBIT D

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| | | | | |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: January 26, 2009  /s/Joseph A. Baldi, Trustee

EXHIBIT D