UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| GALLAGHER CONSTRUCTION CORP. ) | Case No. 04-08624-SPS | |
| ) | | |
| Debtor. ) | Hon. Susan Pierson Sonderby | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:    U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, Illinois 60604

    On: **March 24, 2009**           Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---:|
    | Receipts | $24,645.79 |
    | Disbursements | $15,214.97 |
    | Net Cash Available for Distribution | $9,430.82 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation/ Expense Reimbursement Previously Awarded | Compensation/ Expense Reimbursement Previously Paid | Fees Now Requested |
    |---|---:|---:|---:|
    | JOSEPH A. BALDI, TRUSTEE<br>*Trustee Compensation* | $0.00 | $0.00 | $3,214.36 |
    | JOSEPH A. BALDI & ASSOCIATES, P.C.<br>*Attorney for Trustee* | $35,826.55 | $15,175.55 | $3,330.00[1] |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:
NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims pursuant to Section 507(a) of the Bankruptcy Code ("§507(a)"), including secured tax liens pursuant to Section 724(b) of the Bankruptcy Code ("§724(b)"), totaling $475,567.53 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims pursuant to §507(a), including secured tax lien claims pursuant to §724(b), are:

---

[1] Pursuant to the Court's order dated December 19, 2006, the Trustee was awarded $35,651.00 in fees and $175.55 in expenses and was authorized to immediately pay Baldi & Associates $15,000.00 in fees and $175.55 in expenses of the awarded amounts. The balance of the fees awarded i.e. $20,651.00 remains unpaid ("Unpaid Balance"). As part of this final fee application, Baldi & Associates will seek payment of the Unpaid Balance.

| Claim Number | Claimant | Claim Type | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|---|
| 000004B | IDES | §724(b) | $7,292.38 | $0.00 |
| 000019B | Dept Of The Treasury -IRS | §724(b) | $99,859.36 | $0.00 |
| 000004C | IDES | §507(a) | $524.38 | $0.00 |
| 000010 | Illinois Department Of Revenue | §507(a) | $10,500.00 | $0.00 |
| 000011 | Illinois Department Of Revenue | §507(a) | $10,500.00 | $0.00 |
| 000019C | Dept Of The Treasury -IRS | §507(a) | $346,891.41 | $0.00 |

7. Clams of general unsecured creditors totaling $1,073,963.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Laborer's Pension Fund Et Al | $626,851.27 | $0.00 |
| 000002 | Gatwood Crane Service Inc | $6,000.00 | $0.00 |
| 000003 | Zurich American Insurance Co | $18,633.87 | $0.00 |
| 000004A | IDES | $926.15 | $0.00 |
| 000005 | Travelers Indemnity Insurance | $12,120.00 | $0.00 |
| 000006 | Wiss, Janney, Elstner Associates | $5,173.38 | $0.00 |
| 000007 | Mared Building Corp | $7,400.00 | $0.00 |
| 000008 | Wil Pump | $2,008.02 | $0.00 |
| 000009 | M Tanzillo Inc | $10,479.99 | $0.00 |
| 000012 | Chgo District Council Of Carpent | $44,746.32 | $0.00 |
| 000013 | R & J Construction Supply Co | $41,658.49 | $0.00 |
| 000014 | Rodriguez, Frank | $508.35 | $0.00 |
| 000015 | Mb Builders Inc | $42,750.00 | $0.00 |
| 000016 | Rebar Detailing Services Inc | $980.00 | $0.00 |
| 000017 | Zurich American Insurance Co | $129,575.70 | $0.00 |
| 000018 | Kendall County Concrete Inc | $73,093.81 | $0.00 |
| 000019A | Dept Of The Treasury -IRS | $41,853.03 | $0.00 |
| 000020 | St. Paul Travelers (Invol) | $9,205.00 | $0.00 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing: NONE

Dated: **February 17, 2009**    For the Court,

By:   **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the U.S. Bankruptcy Court
219 S. Dearborn, 7th Floor
Chicago, Illinois 60604

Trustee:    Joseph A. Baldi
Address:    Suite 1500
19 South Lasalle Street
Chicago, IL  60603
Phone No.:  (312) 726-8150