UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re ) | Chapter 7 | |
| ) | | |
| GALLAGHER CONSTRUCTION CORP. ) | Case No. 04-08624-SPS | |
| ) | | |
| Debtor. ) | Hon. Susan Pierson Sonderby | |

**Notice of Trustee's Final Report, Hearing on Applications
for Compensation, and Hearing on the Abandonment of Property by the Trustee**

To the Debtor, Creditors and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    At:     U.S. Bankruptcy Court, 219 S. Dearborn, Courtroom 742, Chicago, Illinois 60604

    On: **March 24, 2009**           Time: **10:30 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total:

    | | |
    |---|---|
    | Receipts | $24,645.79 |
    | Disbursements | $15,214.97 |
    | Net Cash Available for Distribution | $9,430.82 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

    | Applicant | Compensation/ Expense Reimbursement Previously Awarded | Compensation/ Expense Reimbursement Previously Paid | Fees Now Requested |
    |---|---|---|---|
    | JOSEPH A. BALDI, TRUSTEE<br>*Trustee Compensation* | $0.00 | $0.00 | $3,214.36 |
    | JOSEPH A. BALDI & ASSOCIATES, P.C.<br>*Attorney for Trustee* | $35,826.55 | $15,175.55 | $3,330.00[1] |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:
NONE

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims pursuant to Section 507(a) of the Bankruptcy Code ("§507(a)"), including secured tax liens pursuant to Section 724(b) of the Bankruptcy Code ("§724(b)"), totaling $475,567.53 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims pursuant to §507(a), including secured tax lien claims pursuant to §724(b), are:

---

[1] Pursuant to the Court's order dated December 19, 2006, the Trustee was awarded $35,651.00 in fees and $175.55 in expenses and was authorized to immediately pay Baldi & Associates $15,000.00 in fees and $175.55 in expenses of the awarded amounts. The balance of the fees awarded i.e. $20,651.00 remains unpaid ("Unpaid Balance"). As part of this final fee application, Baldi & Associates will seek payment of the Unpaid Balance.

| Claim Number | Claimant | Claim Type | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|---|
| 000004B | IDES | §724(b) | $7,292.38 | $0.00 |
| 000019B | Dept Of The Treasury -IRS | §724(b) | $99,859.36 | $0.00 |
| 000004C | IDES | §507(a) | $524.38 | $0.00 |
| 000010 | Illinois Department Of Revenue | §507(a) | $10,500.00 | $0.00 |
| 000011 | Illinois Department Of Revenue | §507(a) | $10,500.00 | $0.00 |
| 000019C | Dept Of The Treasury -IRS | §507(a) | $346,891.41 | $0.00 |

7.  Clams of general unsecured creditors totaling $1,073,963.38 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full.  The general unsecured dividend is anticipated to be 0.00%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Amount of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | Laborer's Pension Fund Et Al | $626,851.27 | $0.00 |
| 000002 | Gatwood Crane Service Inc | $6,000.00 | $0.00 |
| 000003 | Zurich American Insurance Co | $18,633.87 | $0.00 |
| 000004A | IDES | $926.15 | $0.00 |
| 000005 | Travelers Indemnity Insurance | $12,120.00 | $0.00 |
| 000006 | Wiss, Janney, Elstner Associates | $5,173.38 | $0.00 |
| 000007 | Mared Building Corp | $7,400.00 | $0.00 |
| 000008 | Wil Pump | $2,008.02 | $0.00 |
| 000009 | M Tanzillo Inc | $10,479.99 | $0.00 |
| 000012 | Chgo District Council Of Carpent | $44,746.32 | $0.00 |
| 000013 | R & J Construction Supply Co | $41,658.49 | $0.00 |
| 000014 | Rodriguez, Frank | $508.35 | $0.00 |
| 000015 | Mb Builders Inc | $42,750.00 | $0.00 |
| 000016 | Rebar Detailing Services Inc | $980.00 | $0.00 |
| 000017 | Zurich American Insurance Co | $129,575.70 | $0.00 |
| 000018 | Kendall County Concrete Inc | $73,093.81 | $0.00 |
| 000019A | Dept Of The Treasury -IRS | $41,853.03 | $0.00 |
| 000020 | St. Paul Travelers (Invol) | $9,205.00 | $0.00 |

8.  Proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 So. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*.  If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has not been discharged.

11. The Trustee proposes to abandon the following property at the hearing:  NONE

Dated: **February 17, 2009**                                    For the Court,

                                                                By:   **KENNETH S. GARDNER**
                                                                      Kenneth S. Gardner
                                                                      Clerk of the U.S. Bankruptcy Court
                                                                      219 S. Dearborn, 7th Floor
                                                                      Chicago, Illinois 60604

| | |
|---|---|
| Trustee: | Joseph A. Baldi |
| Address: | Suite 1500 |
| | 19 South Lasalle Street |
| | Chicago, IL  60603 |
| Phone No.: | (312) 726-8150 |

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: amcc7                 Page 1 of 2                   Date Rcvd: Feb 17, 2009
Case: 04-08624                Form ID: pdf002             Total Served: 86
```

The following entities were served by first class mail on Feb 19, 2009.
```
db           +Gallagher Construction Corporation,    140 South Dearborn Street Suite 1610,
               Chicago, IL 60603-5299
8552902      +AMERICAN EXPRESS,    C/O DUN & BRADSTREET,    340 INTERSTATE N PARKWAY,    ATLANTA GA 30339-2218
8552903       AMERICAN EXPRESS BUSINESS FINANCE,    C/O BECKETT & LEE LLP,    PO BOX 3001,
               MALVERN PA 19355-0701
8552904      +BARGE TERMINAL TRUCKING INC,    2700 S ROBINSON,   CHICAGO, IL 60608-5325
8552905      +BATAVIA DAMP PROOFING INC,    1305 S RIVER ST,   BATAVIA, IL 60510-9648
8552907      +CASSIDY CONVEYOR,   PO BOX 1166,    HUNTLEY, IL 60142-1166
8552908      +CENTRAL CONTRACTORS SERVICE,    4655 W 137TH ST,   CRESTWOOD, IL 60445-1926
8552909      +CHARLES LIMITED PARTNERSHIP,    C/O ARNOLD G KAPLAN,    140 S DEARBORN SUITE 1610,
               CHICAGO, IL 60603-5299
8552910      +CHICAGO RUSH CURRENCY EXCHANGE,    C/O SORMAN FRANKEL LTD,    30 N LASALLE #2850,
               CHICAGO, IL 60602-3481
8552911      +CITIBANK,   69 WEST WASHINGTON,    CHICAGO, IL 60602-3113
8552912      +CITY OF CHICAGO,    C/O LINEBARGER GOGGAN BLAIR,    233 WACKER SUITE 4030,    CHICAGO, IL 60606-6379
8552913      +COBRA CONCRETE CUTTING,    5956 N ELSTON AVENUE,   CHICAGO IL 60646-5540
8552914      +CONCRETE CLINIC INCORPORATED,    13089 MAIN ST,   LEMONT, IL 60439-9373
8552915       CONESCO INDUSTRIES LTD,    1032 ROEN AVENUE,   ROCKDALE, IL 60436
8552916      +CONSECO DOKA,    214 GATES ROAD,    LITTLE FERRY, NJ 07643-1917
8552917       COWHEY MATERIALS & FUEL CO,    ATTN DANIEL L TESSAROLO,    5310 WEST AINSLIE STREET,
               CHICAGO, IL 60630
10630775     +Chicago District Council of Carpenters,    Pension Fund,
               Bruce C Scalambrino/Scalambrino & Arnoff,    33 North Lasalle St Suite 1210,
               Chicago IL 60602-3416
8552919      +DANNY EXCAVATING COMPANY,    8012 CONCORD DR,   WOODSTOCK, IL 60098-8155
8552969      +DAUPARAS, SONJA M, PRESIDENT,    ASHLAND PROPANE INC,    16525 VICENNES,
               SOUTH HOLLAND, IL 60473-2021
8552920      +DECANIO BUILDING SUPPLY,    738 N CALIFORNIA,   CHICAGO, IL 60612-1198
8552923      +GATEWAY CONSTRUCTION,    3150 W HIRSCH,    MELROSE PARK, IL 60160-1749
8552924      +GATWOOD CRANE SERVICE INC,    2345 HAMILTON ROAD,    ARLINGTON HEIGHTS, IL 60005-4806
8191030      +GATWOOD CRANE SERVICE INC,    KURT E VRAGEL JR,    1701 E LAKE AVE SUITE 170,
               GLENVIEW, IL 60025-2085
8552925      +GLOBE INSURANCE,    4603 N KEDZIE AVENUE,    CHICAGO, IL 60625-4688
8552926      +GUNNAR ROBEZNIEK'S,    228 BAY DR,    ITASCA, IL 60143-1298
8552927      +HOLEMAKER DRILLING AND SAVING,    359 N WESLEY RD,    ADDISON, IL 60101-2167
8552928      +I D E S,   CHICAGO REGION - REVENUE,    527 S WELLS,    CHICAGO, IL 60607-3928
10623340    ++ILLINOIS DEPARTMENT OF REVENUE,    P O BOX 64338,    CHICAGO IL 60664-0338
              (address filed with court: Illinois Department of Revenue,    Bankruptcy Section,
               100 West Randolph Street  Level 7-400,    Chicago, Illinois 60601)
8552900      +ILLINOIS DEPARTMENT OF REVENUE,    PO BOX 19468,    SPRINGFIELD, IL 62794-9468
8552929      +ILLINOIS DIST COUNCIL OF CARPENTERS,    12 E ERIE ST,    CHICAGO, IL 60611-2767
8552930      +IMPERIAL CRANE SERVICE,    7500 W IMPERIAL DR,    BRIDGEVIEW, IL 60455-2395
8552901     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: DEPT OF THE TREASURY -INTERNAL REVENUE SERVICE,
               CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,    PHILADELPHIA PA 19114)
8760973      +Illinois Department of Employment Security,    Attorney General Section 7th Floor,    33 S State St,
               Chicago, IL 60603-2804
8552906      +JANCZUR, BERNICE,    C/O MELINDA JANCZUR,    120 N LASALLE SUITE 900,    CHICAGO IL 60602-5007
8552931      +JMS TRUCKING COMPANY OF ILLINOIS,    8532 THISTLEWOOD,    DARIEN, IL 60561-8403
8552935      +JONATHON SPLITT ARCHITECTS,    4754 N ASHLAND AVENUE,    CHICAGO IL 60640-3407
8552936       KENDALL COUNTY CONCRETE INC,    695 ROUTE 34,    AURORA, IL 60503-9314
8089316      +LABORER'S PENSION FUND ET AL,    JERROD OLSZEWSKI,    77 W WASHINGTON SUITE 2000,
               CHICAGO, IL 60602-2983
8552938      +LABORER'S PENSIONS FUNDS,    C/O JERROD OLSZEWSKI ESQ,    77 WEST WASHINGTON SUITE 2000,
               CHICAGO, IL 60602-2983
8552939      +LASOR SOURCE,    5420 NEWPORT DRIVE #47,    ROLLING MEADOWS, IL 60008-3723
8552940       LEROY'S WELDING AND FABRICATING,    WHEELING, IL 60090
8552937      +LEWANDOWSKI, KRIS M,    AMERICAN UNITED BANK & TRUST CO US,    321 WEST GOLD RD,
               SCHAUMBURG, IL 60196-1085
8552941      +LIFTING GEAR HIRE CORP,    7433 W 90TH ST,    BRIDGEVIEW, IL 60455-2121
8552942      +LITGEN CONCRETE CUTTING & CORING CO,    1020 NERGE ROAD,    ELK GROVE VILLAGE, IL 60007-3216
8552943      +M TANZILLO INC,    313 OWNWENTSIA,    VERON HILLS, IL 60061-2120
8552944      +MA STEEL ERECORS INC,    6508 W 126TH PL,    PALOS HEIGHTS, IL 60463-1708
8552945      +MARED BUILDING CORP,    KERRY M LAVELLE ESQ,    208 S LASALLE #1200,    CHICAGO, IL 60604-1032
8552946      +MB BUILDERS INC,    923 N ASHLAND AVE,    CHICAGO IL 60622-5431
8552947       MBNA,   PO BOX 15137,    WILMINGTON DE 19886-5137
8552948      +MCCANN INDUSTRIES INC,    543 S ROHLWING ROAD,    ADDISON IL 60101-4284
8552949       MEYER MATERIALS,    MCHENRY IL
8552950      +MIDWEST CRANE RENTAL,    111 ILLINOIS ST,    #10,   LEMONT, IL 60439-3661
8552951      +MIDWEST DOCUMENT MANAGEMENT INC,    C/O WILLIAM J TARNOW ESQ,    2 NORTH LASALLE ST SUITE 2200,
               CHICAGO IL 60602-3963
8552952      +MURPHY'S CONTRACTORS EQUIPMENT INC,    2420 N RIVER RD,    RIVER GROVE, IL 60171-1849
8552921      +MURRAY, DONALD P,    1059 BETTY DRIVE,    LAKE ZURICH, IL 60047-2103
8552954      +NEW WILSON BROADWAY,    C/O SUSKIN & ASSOCIATES,    731 N MILWAUKEE AVE,
               LIBERTYVILLE IL 60048-1913
8552955      +NEXTEL COMMUNICATIONS,    C/O RMA,    PO BOX 105099,    ATLANTA, GA 30348-5099
8552957      +PETITIONING CREDITORS OF GALLAGHER,    C/O SCALAMBRINO & ARNOFF,    33 N LASALLE SUITE 1210,
               CHICAGO, IL 60602-3416
8552958       POSEN OIL TERMINAL INC,    2739 W 139TH ST,    POSEN, IL 60469
8552960      +PREMIUM FINANCING,    C/O MAGES & PRICE,    102 WILMOT ROAD #410,    DEERFIELD, IL 60015-5104
8552961      +QUALITY CRANE SERVICE,    PELLETTIERI ASSOCIATES,    PO BOX 189,    LOMBARD IL 60148-0189
8552962      +R & J CONSTRUCTION SUPPLY CO,    30W180 BUTTERFIELD RD,    WARRENVILLE, IL 60555-1561
```

```
District/off: 0752-1           User: amcc7                 Page 2 of 2                     Date Rcvd: Feb 17, 2009
Case: 04-08624                 Form ID: pdf002             Total Served: 86

8552963      +RANKIN CONSTRUCTION HEATERS INC,    1125 N ELLSWORTH,    VILLA PARK, IL 60181-1040
8552964      +REBAR DETAILING SERVICES INC,    9250 S HARLEM,    BRIDGEVIEW, IL 60455-2177
8552965      +RIVERSIDE CONCRETE PUMPING INC,    9345 SOUTHVIEW,    BROOKFIELD, IL 60513-1991
8552966      +ROB ROY CONSTRUCTION EQUIP & RENTAL,    359 N WOOD DALE ROAD,    WOOD DALE, IL 60191-1531
8552932      +ROBEZNIEKS, JOHN,    840 NORTH CLARK,    PALATINE, IL 60074-7182
8552922      +RODRIGUEZ, FRANK,    17 W 302 WHITE PINE ROAD,    BENSENVILLE, IL 60106-2724
8552967      +SAFEWAY FORMWORK SYSTEMS LLC,    10525 WAVELAND AVE,    FRANKLIN PARK, IL 60131-1219
8552968      +SOCIETY INSURANCE,    C/O MCMAHAN AND SIGUNICK LTD,    216 W JACKSON BLVD,    CHICAGO, IL 60606-6909
8552934      +SPLITT, JONATHON,    4001 N RAVENSWOOD SUITE 401,    CHICAGO, IL 60613-2576
8552970      +STANDARD LUMBER COMPANY,    1912 LEHIGH AVE,    GLENVIEW, IL 60026-1618
8552971      +STEVENSON CRANCE SERVICE,    6823 HOBSON VALLEY DR,    WOODRIDGE IL 60517-5408
8552972      +SYMONS CORPORATION,    200 E TOUHY,    DES PLAINES, IL 60018-2600
10964640      St. Paul Travelers (Invol),    c/o RMS Bankruptcy Recovery Services,    P.O. Box 5126,
               Timonium, Maryland 21094-5126,    Telephone Number: (410) 773-4085
8552973      +TIP TOP BUILDERS INC,    8255 N KIMBALL AVE,    SKOKIE, IL 60076-2917
8552974      +TITAN FORMWORK SYSTEMS INC,    2626 WARRENVILLE ROAD,    SUITE 300,    DOWNERS GROVE, IL 60515-5765
8552975      +TRAVELERS INDEMNITY INSURANCE,    C/O TELLER LEVIT SILVERTRUST,    11 EAST ADAMS 8TH FLOOR,
               CHICAGO, IL 60603-6301
8552976       UNITED CONSTRUCTION PRODUCTS,    30 W 435 NORTH AURORA RD,    NAPERVILLE IL 60563
8552977      +UNITED RENTALS,    3233 W 36TH ST,    CHICAGO, IL 60632-2701
8552978      +WIESS JANNEY ELSTNE,    C/O TELLER LEVIT SILVERTRUST,    11 EAST ADAMS 8TH FL,
               CHICAGO IL 60603-6301
8552979      +WIL PUMP,    4N181 ROBBIE LN,    ADDISON IL 60101-1423
10601457     +Wiss, Janney, Elstner Associates, Inc.,    c/o Teller, Levit & Silvertrust,    11 East Adams,
               Suite 800,    Chicago, Illinois 60603-6324
8552981      +ZURICH AMERICAN INSURANCE CO,    C/O CREMER KOPON SHAUGHNESSY,    180 N LASALLE ST SUITE 3300,
               CHICAGO, IL 60601-2808
8383524      +ZURICH AMERICAN INSURANCE CO,    C/O CREMER KOPON SHAUGHNESSY & SPINA,
               180 N LASALLE ST SUITE 3300,    CHICAGO, IL 60601-2808
The following entities were served by electronic transmission on Feb 18, 2009.
8552918      +E-mail/PDF: bk@worldacceptance.com Feb 18 2009 07:52:18     CT CORPORATION,
               208 SOUTH LASALLE STREET TEAM 1,    SUITE 814,    CHICAGO IL 60604-1101
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10630776      Chicago District Council of Carpenters,    Health and Welfare Fund
10630777      Chicago and Northeast Illinois District Council,    of Carpenters Apprentice and Trainee,
               Program Fund
8552933       JOHN SAKASH COMPANY,    FRANKLIN PARK
8552956       KLINGENSMITH, PETER
8552953       MUTUAL SALES CORP
8552959       POTTER FORM AND TIE
8552980       ZEE MEDICAL
                                                                                              TOTALS: 7, * 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 19, 2009**    **Signature:** _Joseph Speetjens_