UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| GALLAGHER CONSTRUCTION CORP., | ) | Case No. 04-08624 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

**Final Application for Allowance and Payment of
Compensation of Joseph A. Baldi, as Trustee**

Joseph A. Baldi, not personally but solely as trustee ("Trustee") of the estate ("Estate") of Gallagher Construction Corporation ("Debtor"), pursuant to sections 326 and 330 of title 11, United States Code ("Code"), requests this Court to enter an order allowing and authorizing payment to Trustee of $3,214.36 as final compensation for services rendered as in this case from April 21, 2004 through the close of this case. In support thereof, Trustee states as follows:

### Introduction

1. An involuntary petition was filed against the Debtor on March 4, 2004. Thereafter, an order for relief under chapter 7 of the Code was entered on April 21, 2004. On April 27, 2004, Joseph A. Baldi was appointed as the chapter 7 Trustee.

2. Joseph A. Baldi is the duly appointed, qualified and acting chapter 7 trustee in this case.

3. As of the commencement of this case, the Estate's primary asset was the Debtor's interest in certain mechanics' lien claims and accounts receivable (the "Property").

4. The bar date for filing claims in this case was May 8, 2006.

### Prior Compensation

5. This is the first and final application ("Application") for allowance of compensation filed by Trustee in this case.

6. Trustee has not previously received or been promised any payments for services rendered or to be rendered in this case except as set forth above.

**Services Rendered by Trustee**

7. Since his appointment in this case, Trustee has performed actual, necessary and valuable services on behalf of the Estate. Itemized billing statements describing the Trustee's services from the date of appointment through the close of the case are attached hereto as Exhibit A. Those services rendered by Trustee since his appointment in this case include but are not limited to the following:

A. Trustee worked with representatives of the Debtor for the preparation and filing of schedules of assets and liabilities and statements of financial affairs; Trustee conferred with attorneys for the petitioning creditors for information regarding Estate assets and the Debtor's financial and business affairs;

B. Trustee reviewed and analyzed the mechanics' lien claims in favor of the Debtor; Trustee directed his attorneys to substitute Trustee as plaintiff in the state court litigation filed pre-petition by Debtor against Belmont Harbor Homes, *et al.* to recover the mechanics' lien in excess of $300,000 ("Mechanics Lien Litigation"); Trustee worked with his attorneys to resolve the Mechanics Lien Litigation; ultimately, the Trustee settled the Mechanics Lien Litigation and recovered gross proceeds of $17,500.00; Trustee worked to recover other outstanding accounts receivable of the Debtor; Trustee recovered an additional $7,000.00;

C   Trustee invested and accounted for all funds received by the Estate and set up and maintained all bank accounts for the Estate;

D. Trustee set up and maintained a computerized case management system for the Estate in order to efficiently keep track of records relating to the Estate's case history, assets, claims and banking activities;

E. Trustee prepared semi-annual reports required by the United States Trustee and met with representatives of the U.S. Trustee regarding the administration and status of the case;

F. Trustee attended to various tax matters of the Estate, including directing his attorneys to obtain a waiver from the Internal Revenue Service for the preparation of Estate tax returns;

G. Trustee otherwise administered this Estate and directed the allocation, liquidation and distribution of assets to creditors herein.

### Funds Collected and Disbursed by Trustee

8. As of October 31, 2008, Trustee had collected $24,643.63 on behalf of the Estate. Trustee has made $15,214.97 in disbursements as of the date hereof.

9. Copies of the *Form 1 Individual Estate Property Record and Report and Form 2 Cash and Receipts Record* showing the disposition of the assets of this Estate are attached to the Trustee's Final Report, filed simultaneously herewith, as Exhibits B and C, respectively.

### Compensation Requested

10. During the period covered by this Application, Trustee spent 33.40 hours rendering services on behalf of this Estate with a value of $6,951.00. Trustee estimates that he will spend an additional four hours rendering services with a value of $880.00 to obtain approval of the final report, make a final distribution to creditors and prepare and file his final account.

11. The maximum compensation allowable to Trustee pursuant to section 726 of the Code, based upon the receipts and disbursements listed above, is $3,214.36 as follows:

| | |
|---|---|
| 25% of the first $5,000 | $1,250.00 |
| 10% of the next $19,643.63 | $1,964.36 |
| Total allowable compensation | $3,214.36 |

3

After payment of the Estate's administrative claims, the Trustee anticipates that there will be insufficient funds to make a distribution to unsecured creditors.

12. Based upon the caliber of the services rendered by Trustee and the results achieved in this case, Trustee requests allowance and payment of final compensation for his services rendered as trustee from the time of his appointment through the closing of this case in the amount of $3,214.36. This amount represents reasonable compensation for the services rendered by Trustee and is within the maximum compensation allowable as set forth in paragraph 11 above.

13. An affidavit pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure, executed by Joseph A. Baldi, as trustee, is attached hereto as Exhibit B.

14. Trustee requests that the compensation requested herein be paid from the Estate funds in his possession.

### Status of the Case

15. The Trustee has liquidated or abandoned all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate, to the extent such claims will receive a distribution.

16. Trustee has completed and filed his Final Report simultaneously herewith. A final fee application for the Trustee's Attorneys has also been filed concurrently with this Application.

WHEREFORE, Joseph A. Baldi, as trustee of the Estate of Gallagher Construction Corporation requests the entry of an order providing the following:

A. Allowing to Trustee final compensation in the amount of $3,214.36 for actual and necessary professional services rendered and to be rendered on behalf of this Estate from April 21, 2004 through the closing of this case; and

    B.    For such other and further relief as this Court deems appropriate.

Dated: December 24, 2008

Joseph A. Baldi, as trustee of the estate of
Gallagher Construction Corporation, debtor

By: /s/ _____
       Joseph A. Baldi

Joseph A. Baldi
Attorney I.D. No. 00100145
Elizabeth C. Berg
Attorney I.D. No. 6200886
19 S. LaSalle St. Suite 1500
Chicago, IL 60603
(312) 726-8150

5

**Trustee's Itemized Billing Statements**

Exhibit A

# Joseph A. Baldi & Associates, P. C.
## 19 S. LaSalle Street
## Suite 1500
## Chicago, IL 60603

Phone: (312) 726-8150
Fax:    (312) 726-5067

FEIN: 36-4352753

**Invoice submitted to:**

December 31, 2008
Invoice No:   1133

Joseph A. Baldi, trustee
Gallagher Construction Corporation
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

**In Reference to:**   *Gallagher - Trustee Matters*

## Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 8/04/2004 | JAB | Teleconferences to Gallagher, Scalambrino regarding scheduling Gallagher exam. (.4) Confer with ACM on preparation of draft schedules (.1) | 0.50 $350.00/hr | $175.00 |
| 9/14/2004 | JAB | Confer with ACM on follow up for Gallagher schedules. | 0.30 $350.00/hr | $105.00 |
| 9/22/2004 | JAB | Telephone call to attorney for Robeznieks regarding schedules. Telephone call to Gallagher re same, phone disconnected. Telephone call to Scalambrino regarding hearing. Confer with DBW re hearing. | 0.50 $350.00/hr | $175.00 |
| 10/27/2004 | ECB | Review notices from IRS on 940 and 941 taxes (.3) Review case docket and pleadings to determine history of involuntary case to date (1.3) Prepare correspondence to IRS regarding status of bankruptcy case, bar date and filing of claims (.5) | 2.10 $200.00/hr | $420.00 |
| 10/27/2004 | ECB1 | Set up trustee database for case and edit time entries to date | 0.40 $140.00/hr | $56.00 |
| 4/12/2005 | ECB1 | Review case status and update records for UST quarterly review | 0.20 $140.00/hr | $28.00 |
| 11/08/2005 | JAB | Prepare for and attend Gallagher Pretrial Conference | 2.00 $350.00/hr | $700.00 |
| 12/01/2005 | JAB | Prepare for and attend Gallagher pre-trial conference | 1.50 $350.00/hr | $525.00 |
| 1/24/2006 | JAB | Meet with DBW and Mike Gallagher, review documents produced, discuss issues raised by same and payments made, balance due. | 1.00 $350.00/hr | $350.00 |

**Joseph A. Baldi & Associates, P. C.**                                        12/31/2008

Gallagher - Trustee Matters                                                    Page    2

---

| Date | Staff | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 1/25/2006 | JAB | Prepare for and meet with McAuley regarding mechanic's lien case, settlement of same. Negotiate settlement. | 2.00<br>$350.00/ hr | $700.00 |
| 2/23/2006 | ECB1 | Prepare 2005 annual report for United States Trustee and update Trustee database for same | 1.00<br>$140.00/ hr | $140.00 |
| 4/13/2006 | ECB1 | Prepare and E-file Form 1 & 2 for 2005 UST annual review | 0.20<br>$140.00/ hr | $28.00 |
| 5/16/2006 | ECB1 | Set up bank account and prep Certification of Tax ID form (.3) Process and deposit settlement check from McCauley (.2) | 0.50<br>$140.00/ hr | $70.00 |
| 6/12/2006 | ECB1 | Perform internal audit of trustee banking files and corresponding databases | 0.20<br>$140.00/ hr | $28.00 |
| 6/15/2006 | ECB1 | Teleconference with Cook County R/D re recording release of subcontractor's mechanic liens (.1) Prep check for same (.1) | 0.20<br>$140.00/ hr | $28.00 |
| 6/21/2006 | ECB1 | Process May 2006 bank statements; Reconcile bank accounts | 0.20<br>$140.00/ hr | $28.00 |
| 7/19/2006 | ECB1 | Process June 2006 bank statements (.1): reconcile accounts (.1) | 0.20<br>$140.00/ hr | $28.00 |
| 8/17/2006 | ECB1 | Review and process July 2006 bank statements (.1) Reconcile accounts (.1) | 0.20<br>$140.00/ hr | $28.00 |
| 9/11/2006 | ECB1 | Prepare written response to UST audit | 0.60<br>$140.00/ hr | $84.00 |
| 9/21/2006 | ECB1 | Process August 2006 bank statements and reconcile bank accounts | 0.20<br>$140.00/ hr | $28.00 |
| 10/17/2006 | ECB1 | Process September 2006 bank statements (.1) Reconcile accounts (.1) | 0.20<br>$140.00/ hr | $28.00 |
| 11/21/2006 | ECB1 | Process October 2006 bank statements: reconcile bank accounts | 0.20<br>$140.00/ hr | $28.00 |
| 12/05/2006 | ECB1 | Meet with Alfreda Baron on supplement audit review | 0.20<br>$140.00/ hr | $28.00 |
| 12/19/2006 | ECB1 | Update Trustee's Master Check Log | 0.20<br>$140.00/ hr | $28.00 |
| 12/19/2006 | ECB1 | Process November 2006: Reconcile Bank accounts | 0.20<br>$140.00/ hr | $28.00 |
| 12/26/2006 | ECB1 | Initial review of Form 3 Notes for Trustee 2006 Annual Report to UST | 0.10<br>$140.00/ hr | $14.00 |

**Joseph A. Baldi & Associates, P. C.**                                              12/31/2008

Gallagher - Trustee Matters                                                    Page    3

---

| Date | | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 1/15/2007 | ECB1 | Process January 07 bank statements: Reconcile estate accounts | 0.20<br>$140.00/ hr | $28.00 |
| 1/23/2007 | ECB1 | Run transaction report and review disbursements for 2006 (.3) Review IRS 1099 Instructions for 2006 (.1) Prep draft of estate 1099 (.1) | 0.50<br>$140.00/ hr | $70.00 |
| 1/25/2007 | ECB1 | Prep of 2006 annual reports | 1.20<br>$140.00/ hr | $168.00 |
| 2/15/2007 | ECB1 | Process January 2007 bank statements (.1) Reconcile trustee bank accounts (.1) | 0.20<br>$140.00/ hr | $28.00 |
| 2/19/2007 | ECB1 | Prepare Form 1096 for transmittal of 1099's to IRS | 0.20<br>$140.00/ hr | $28.00 |
| 2/20/2007 | ECB1 | Prepare Blanket Bond Report (.1) Prep premium check and transmittal to International Sureties (.1) | 0.20<br>$140.00/ hr | $28.00 |
| 3/19/2007 | ECB1 | Process February 2007 bank statements: Reconcile accounts | 0.20<br>$140.00/ hr | $28.00 |
| 4/17/2007 | ECB1 | Process March 2007 bank statements (.1) Reconcile accounts (.1) | 0.20<br>$140.00/ hr | $28.00 |
| 5/03/2007 | ECB1 | Memo to UST in connection with annual review re projected closing date for case | 0.20<br>$140.00/ hr | $28.00 |
| 5/07/2007 | ECB1 | Update Trustee database with new projected closing date for case per UST recommendation | 0.10<br>$140.00/ hr | $14.00 |
| 5/14/2007 | ECB1 | Finalize 2006 year end Form 1 and Form 2 per UST follow up on annual review (.1) File same and email confirmation to UST (.1) | 0.20<br>$140.00/ hr | $28.00 |
| 5/29/2007 | ECB1 | Process April 2007 bank statements (.1) Reconcile Trustee bank accounts (.1) | 0.20<br>$140.00/ hr | $28.00 |
| 6/12/2007 | ECB1 | Process May 2007 bank statements (.1) Reconcile Trustee's bank accounts (.1) | 0.20<br>$160.00/ hr | $32.00 |
| 7/24/2007 | ECB1 | Process June 07 bank statements (.1) Reconcile Trustee bank accounts (.1) | 0.20<br>$160.00/ hr | $32.00 |
| 8/13/2007 | ECB1 | Review status and confer with JAB re UST request for closing schedule for older case | 0.20<br>$160.00/ hr | $32.00 |
| 8/14/2007 | ECB1 | Process July 07 bank statements (.1) Reconcile Trustee's accounts (.1) | 0.20<br>$160.00/ hr | $32.00 |
| 8/16/2007 | ECB1 | Attend meeting at UST office with JAB, S. Rasnak & D. DeLaurent re status of case closing | 0.30<br>$160.00/ hr | $48.00 |

**Joseph A. Baldi & Associates, P. C.**  12/31/2008

Gallagher - Trustee Matters  Page  4

| Date | Staff | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 8/30/2007 | ECB1 | Prep written status report on case at request of UST (.3) review docket and trustee database re same (.2) | 0.50<br>$160.00/hr | $80.00 |
| 9/04/2007 | ECB1 | Confer with J. Baldi re status of Plote claim and negotiations for settlement (.2) Prep case status report at request of UST (.5) | 0.70<br>$160.00/hr | $112.00 |
| 9/04/2007 | ECB1 | Prep written status report on case at request of UST (.3) review docket and trustee database re same (.2) | 0.50<br>$160.00/hr | $80.00 |
| 9/18/2007 | ECB1 | Process August 07 bank statements (.1) Reconcile trustee's bank accounts (.1) | 0.20<br>$160.00/hr | $32.00 |
| 10/02/2007 | ECB1 | Perform 3rd quarter status review for UST and update Trustee database | 0.20<br>$160.00/hr | $32.00 |
| 10/11/2007 | ECB1 | Process September 07 bank statements: Reconcile accounts | 0.10<br>$160.00/hr | $16.00 |
| 11/20/2007 | ECB1 | Process October 2007 bank statements & reconcile accounts | 0.20<br>$160.00/hr | $32.00 |
| 11/20/2007 | ECB1 | Prep deposit of Plote settlement check | 0.10<br>$160.00/hr | $16.00 |
| 1/09/2008 | ECB1 | Process November 07 Bank Statements (.1) Reconcile Accounts (.1) | 0.20<br>$160.00/hr | $32.00 |
| 1/15/2008 | ECB1 | Process Dec 07 Bank Statements and reconcile accounts | 0.10<br>$160.00/hr | $16.00 |
| 1/24/2008 | ECB1 | Prep 2007 annual for UST | 1.00<br>$160.00/hr | $160.00 |
| 2/14/2008 | ECB1 | Process Jan 08 bank statements (.1) Reconcile Trustee bank accounts (.1) | 0.20<br>$160.00/hr | $32.00 |
| 2/19/2008 | ECB1 | Prep Trustee Bond Disbursement report (.1) and prepare and transmit payment of annual bond premium to International sureties (.1) | 0.20<br>$160.00/hr | $32.00 |
| 2/26/2008 | ECB1 | Set up schedule for case closing | 0.10<br>$160.00/hr | $16.00 |
| 3/24/2008 | ECB1 | Process Feb 08 bank statements (.1) Reconcile Trustee's bank accounts (.1) | 0.20<br>$160.00/hr | $32.00 |
| 4/15/2008 | ECB1 | Process March 08 bank statements (.1) Reconcile Trustee bank accounts (.1) | 0.20<br>$160.00/hr | $32.00 |
| 4/21/2008 | ECB1 | Review written report from UST regarding 2007 annual review (.1) and consult with Trustee re response to same and meeting with UST (.1) | 0.20<br>$160.00/hr | $32.00 |

**Joseph A. Baldi & Associates, P. C.**                                                    12/31/2008

Gallagher - Trustee Matters                                                       Page    5

---

| Date | Initials | Description | Hours/Rate | Amount |
|---|---|---|---|---|
| 4/23/2008 | ECB1 | Prepare response to UST comments on Annual Review for 4/29 meeting with R. Sukley | 0.20<br>$160.00/hr | $32.00 |
| 4/29/2008 | ECB1 | Prepare for and attend meeting with T. Thornton for UST office meeting for annual review | 0.20<br>$160.00/hr | $32.00 |
| 5/19/2008 | ECB1 | Process April 08 bank statements (.1) Reconcile Trustee bank accounts (.1) | 0.20<br>$160.00/hr | $32.00 |
| 7/09/2008 | ECB1 | Process May 08 bank statements (.1) Reconcile Trustee bank accounts (.1) | 0.20<br>$160.00/hr | $32.00 |
| 7/16/2008 | ECB1 | Process June 08 bank statements (.1) Reconcile Trustee accounts to same (.1) | 0.20<br>$160.00/hr | $32.00 |
| 8/13/2008 | ECB1 | Process January 08 Bank Statements and reconcile Trustee bank accounts | 0.20<br>$160.00/hr | $32.00 |
| 9/16/2008 | ECB1 | Process August 08 bank statements (.1) Reconcile Trustee Bank Accounts (.1) | 0.20<br>$160.00/hr | $32.00 |
| 10/06/2008 | ECB1 | Meet with Trustee and discuss status of claims review and case closing | 0.20<br>$160.00/hr | $32.00 |
| 10/09/2008 | ECB1 | E-mail to RKP re case status and preparation of final report and final fee applications | 0.20<br>$160.00/hr | $32.00 |
| 10/22/2008 | ECB1 | Process Sept 08 bank statements and reconcile TR bank accounts | 0.10<br>$160.00/hr | $16.00 |
| 10/28/2008 | ECB1 | TC with L. West re case history and final tax returns (.3); Review Debtor's documents for tax matters (.8); Confer with TR re submission of waiver request for final returns (.2). Email to RKP re completion of TFR (.2) | 1.50<br>$160.00/hr | $240.00 |
| 11/03/2008 | RKP | Prepare final report (1.0); proposed distribution report (.4); notice of final hearing (.4); review and edit final report package (.5). | 2.30<br>$150.00/hr | $345.00 |
| 11/04/2008 | ECB1 | Compile documents in support of Trustee's Final Report and prepare for submission to UST | 2.00<br>$160.00/hr | $320.00 |
| 11/04/2008 | JAB | Review, edit and execute final report package. | 1.00<br>$400.00/hr | $400.00 |

                                      Total Hours    33.40    Total Fees    $6,951.00

**Joseph A. Baldi & Associates, P. C.**                    12/31/2008

Gallagher - Trustee Matters                                Page    6

|                      |        |            |
|----------------------|--------|------------|
| Total New Charges    |        | $6,951.00  |
| Previous Balance     |        | $0.00      |
| Balance Due          |        | $6,951.00  |

*Timekeeper Summary*

| Name                | Hours | Rate     |
|---------------------|-------|----------|
| Elizabeth C Berg    | 2.10  | $200.00  |
| Elizabeth (1) C Berg| 8.80  | $140.00  |
| Elizabeth (1) C Berg| 11.40 | $160.00  |
| Joseph A Baldi      | 7.80  | $350.00  |
| Joseph A Baldi      | 1.00  | $400.00  |
| Ricki K Podorovsky  | 2.30  | $150.00  |

Case 04-08624 Doc 68 Filed 03/24/09 Entered 03/24/09 13:08:36 Desc Main
Document Page 13 of 14
Trustee's Final Fee Application

Gallagher Construction Corporation
Case No. 04-08624

Rule 2016 Affidavit

Exhibit B

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Gallagher Construction Corporation, | ) | Case No. 04-08624 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

**Trustee's Affidavit Pursuant to Rule 2016**

State of Illinois    )
County of Cook    )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1. I am the duly appointed, qualified and acting trustee in this case and I have personal knowledge of the facts set forth herein.

2. I have read the Application for Allowance and Payment of Final Compensation of Joseph A. Baldi as trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. I or my agents pursuant to my direction performed the services set forth and described in the Application.

3. I have not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Joseph A. Baldi & Associates a law firm at which I was employed during the pendancy of this case.

4. Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
on December 20, 2008

_____
Notary Public

OFFICIAL SEAL
ELIZABETH C. BERG
Notary Public - State of Illinois
My Commission Expires Jun 16, 2012

Exhibit B