UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Gallagher Construction Corporation, | ) | Case No. 04-08624 |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

### Second and Final Application for Allowance and Payment of Compensation of Joseph A. Baldi & Associates, Attorneys for Trustee

Joseph A. Baldi & Associates, P.C. ("Baldi & Associates" or "B&A"), attorneys for Joseph A. Baldi, as trustee ("Trustee") of the estate ("Estate") of Gallagher Construction Corporation, debtor ("Debtor"), pursuant to section 330 of title 11, United States Code ("Code"), request this Court to enter an order 1) for the allowance and payment to Baldi & Associates of $3,330.00 as final compensation for 13.10 hours of legal services rendered to the Trustee from November 28, 2006 through the close of this case, 2) allowing all amounts previously awarded to Baldi & Associates as interim compensation to be deemed final, and 3) authorizing Trustee to pay Baldi & Associates the unpaid compensation pursuant to this Court's order dated December 19, 2006. In support thereof, Baldi & Associates respectfully states as follows:

### Introduction

1. This case was commenced on March 4, 2004 by the filing an involuntary petition for relief under chapter 7 of the Code. On April 21, 2004 an order for relief was entered under Chapter 7 of the Code. Thereafter, on April 27, 2004 Joseph A. Baldi was appointed as the chapter 7 trustee.

2. Joseph A. Baldi remains the duly appointed, qualified and acting chapter 7 trustee in this case.

3. As of the commencement of this case, the Estate's primary asset was Debtor's interest in certain accounts receivable (the "Property").

4. The bar date for filing claims in this case was May 8, 2006.

**Prior Compensation Received**

5. This is the second and final application ("Application") for allowance and payment of compensation that Baldi & Associates will file in this case.

6. On November 29, 2006, Baldi & Associates filed its first interim fee application for allowance of compensation and expense reimbursement ("First Fee Application") for the period June 15, 2004 through November 27, 2006 ("First Application Period"). Pursuant to this Court's order dated December 19, 2006, Baldi & Associates was (1) awarded $35,651.00 in interim compensation and $175.55 in expense reimbursement for the First Application Period; and (2) paid $15,000.00 as partial payment of the interim compensation awarded and $175.55 on account of the expenses awarded. As part of this Application, Baldi & Associates requests that the monies awarded pursuant to the First Fee Application be deemed final and that the Trustee be authorized to pay the unpaid balance i.e. $20,651.00 as part of his final distribution in this case.

**Retention of Baldi & Associates**

7. On November 3, 2004, the Court entered an order authorizing Trustee to employ Joseph A. Baldi and the law firm of Baldi & Associates as his counsel in this case. Baldi & Associates has served as counsel for Trustee at all times since its retention. A copy of the order authorizing Trustee to retain Baldi & Associates was attached hereto to the First Fee Application as Exhibit A.

8. The professional qualifications and experience of the Baldi & Associates attorneys and paralegals who have performed substantial legal services for the Trustee during the period covered by this Application was attached to the First Fee Application as Exhibit B. The attorneys and paralegals who were primarily responsible for representing the Trustee during the period covered by this fee application are:

Joseph A. Baldi -- Partner
Donna B. Wallace -- Associate
Elizabeth C. Berg -- Associate/Paralegal[1]

### Services Rendered by Baldi & Associates

9. Itemized and detailed descriptions of the specific services rendered by Baldi & Associates to the Trustee for which compensation is sought in this Application are reflected on the billing statements attached hereto as Exhibit A. The billing statements set forth the name of each attorney or paralegal, the amount of time spent rendering each service, the date on which each service was rendered, a description of the service rendered and the total number of hours of services rendered by each attorney or paralegal in each category.

10. The services rendered by Baldi & Associates during the period covered by this Application have been summarized in three (3) categories below:

Fee Applications: Baldi & Associates prepared and presented its First Fee Application; prepared this Application; and prepared the Trustee's final fee application.

In connection with the foregoing, Baldi & Associates spent 6.20 hours for which it requests allowance and payment of final compensation in the amount of $1,320.00.

General Administration: Baldi & Associates consulted with the Debtor's former principal regarding the Debtor's affairs; Baldi & Associates prepared a request for waiver of filing Estate tax returns for submission to the IRS.

In connection with the foregoing, Baldi & Associates spent 2.40 hours (of which 2.00 hours is estimated for the preparation of the waiver letter and documents in support thereof) for which it requests allowance and payment of final compensation in the amount of $600.00.

---

[1] Ms. Berg is both a licensed attorney at law and a certified and duly trained paralegal. She has performed services on behalf of Trustee in this case in both capacities. As previously disclosed in the Trustee's application to employ Baldi & Associates, Ms. Berg bills for her services as an attorney at the rate of $200/hour and at $140/hour for paralegal services for the period prior to June 1, 2007 (and at the rate of $250.00/hour and at $160/hour for paralegal services for the period after June 1, 2007). Ms. Berg maintains separate timekeeper numbers in order to distinguish her dual capacities and to bill her services at the appropriate rate.

<u>Plote Receivable</u>: Baldi & Associates negotiated for a settlement of the Plote receivable; Baldi & Associates prepared and presented the trustee's Motion to Compromise Controversy. Pursuant to this Court's order, the Trustee settled the Plote Receivable and recovered gross proceeds of $7,500.00.

In connection with the foregoing, Baldi & Associates spent 4.50 hours for which it requests allowance and payment of final compensation in the amount of $1,380.00.

### Compensation Requested

11.     Baldi & Associates has expended a total of 13.10 hours for the services described and categorized in paragraph ten above. The total value of and the amount of compensation requested herein for those services is $3,330.00.

12.     All of the services performed by Baldi & Associates were required for proper representation of the Trustee in this case, were authorized by this Court and were performed by Baldi & Associates at the request and direction of the Trustee. Pursuant to Section 330 of the Code and the generally applicable criteria with respect to the nature, extent and value of the services performed, all of Baldi & Associates' services are compensable and the compensation requested herein is fair and reasonable. There has been no duplication of services rendered to the Trustee by Baldi & Associates for which compensation is requested. In those instances where two or more attorneys participated in any matter, such joint participation was necessary due to the complexity of the problems involved.

13.     The rates charged by the attorneys and paralegals of Baldi & Associates in this Application are their usual and customary hourly rates charged during the period covered by this Application for work performed for other clients in both bankruptcy and non-bankruptcy matters. A list of each person who performed services for the Trustee and their hourly rate is contained in the billing statements attached hereto as Exhibit A.

### Payment of Compensation

14. Baldi & Associates has not entered into any agreement or understanding of any kind, express or implied, with any other entity to share any compensation received or to be received by Baldi & Associates for services rendered to the Trustee in connection with this case.

15. Baldi & Associates has not previously received or been promised any payments for services rendered in this case, except to the extent of the monies awarded pursuant to the First Fee Application.

16. The Affidavit of Joseph A Baldi pursuant to Rule 2016 of the Federal Rules of Bankruptcy Procedure is attached hereto as Exhibit B and made a part hereof.

17. The proposed source for payment of the compensation requested in this Application are the Estate funds in the Trustee's possession, collected by him during his administration of this case.

### Status of the Case

18. The Trustee has administered all of the assets belonging to this Estate and completed his review and analysis of the claims filed against the Estate, to the extent such claims will receive a distribution.

19. Trustee has completed and filed his Final Report simultaneously herewith. A Final Fee Application for the Trustee has also been filed concurrently with this Application.

### Financial Condition of the Case

20. Trustee currently has approximately $9,428.66 on deposit in the Estate's bank accounts. The Chapter 7 administrative expenses that are currently owing and those the Trustee anticipates the Estate will incur prior to the closing of this case include 1) the fees allowed to Trustee in connection with his final fee application, 2) the legal fees allowed to Joseph A. Baldi & Associates, P.C. in connection with this final fee application, and 3) any fees which may be due or outstanding to the offices of the United States Trustee and the Clerk of the United States Bankruptcy Court.

21. Following payment of all Chapter 7 administrative expenses set forth above, Trustee estimates there will be insufficient funds available to make a final distribution to general unsecured creditors.

**Trustee's Approval**

22. Baldi & Associates certifies that the Trustee has received, reviewed and approved this Application.

WHEREFORE, Baldi & Associates, attorneys for Joseph A. Baldi, as trustee, requests the entry of an order providing the following:

A. Allowing to Baldi & Associates final compensation in the amount of $3,330.00 for actual and necessary professional services rendered to the Trustee from November 28, 2006 through the closing of this case;

B. Allowing to Baldi & Associates that all amounts previously awarded to it as interim compensation shall be deemed final;

C. Authorizing Trustee to pay Baldi & Associates, as part of his final distribution in this case, all amounts previously awarded as interim compensation but as yet unpaid; and

D. For such other and further relief as this Court deems appropriate.

Dated: December 24, 2008        Joseph A. Baldi & Associates, P.C.

Attorneys for Joseph A. Baldi, as trustee of the estate of Gallagher Construction Corporation, debtor

By:___/s/_____
     Joseph A. Baldi

Joseph A. Baldi/Atty ID 00100145
Elizabeth C. Berg/Atty ID 6200886
19 South LaSalle St. Suite 1500
Chicago IL 60603
312.726.8150

Baldi & Associates  
Final Fee Application

Gallagher Construction Corporation  
Case No. 04-08624

Billing Statements

Exhibit A

# Joseph A. Baldi & Associates, P. C.
## 19 S. LaSalle Street
## Suite 1500
## Chicago, IL 60603

Phone: (312) 726-8150
Fax:   (312) 726-5067

FEIN: 36-4352753

**Invoice submitted to:**

December 29, 2008
Invoice No:  1130

Joseph A. Baldi, trustee
Gallagher Construction Corporation
19 South LaSalle Street
Suite 1500
Chicago, IL 60603

## Consolidated Summary

| | Hours | Fees | Expenses | Total Charges | Payments | Previous Balance | Balance Due |
|---|---|---|---|---|---|---|---|
| *Gallagher - General Administration* | | | | | | | |
| | 2.40 | $600.00 | $0.00 | $600.00 | $-6,272.00 | $6,272.00 | $600.00 |
| *Gallagher - Fee Applications* | | | | | | | |
| | 6.20 | $1,320.00 | $0.00 | $1,320.00 | $-1,250.00 | $1,250.00 | $1,320.00 |
| *Gallagher - Plote Receivable* | | | | | | | |
| | 4.50 | $1,380.00 | $0.00 | $1,380.00 | $-955.00 | $955.00 | $1,380.00 |
| Balance Due | 13.1 | $3,300.00 | $0.00 | | | | $3,300.00 |

**Joseph A. Baldi & Associates, P.C.**

12/29/2008

Gallagher - General Administration

Page 2

**In Reference to:** *Gallagher - General Administration*

## Professional Services

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 2/22/2007 | DBW | meeting with Michael Gallagher re Alden Bennett | 0.40<br>$250.00/ hr | $100.00 |
| 11/03/2008 | ECB | (est.) Prepare letter to IRS requesting waiver for filing Estate tax returns; prepare documents in support of request for waiver. | 2.00<br>$250.00/ hr | $500.00 |

|  |  | Total Hours | 2.40 | Total Fees | $600.00 |

**Joseph A. Baldi & Associates, P. C.**

Gallagher - General Administration

12/29/2008

Page    3

| | | | | |
|---|---|---|---|---|
| Total New Charges | | | | $600.00 |
| Previous Balance | | | | $6,272.00 |
| **Payment:** | 12/19/200( | 1002 | Gallagher Construction | $-6,272.00 |
| Total Payments and Credits | | | | $-6,272.00 |
| Balance Due | | | | $600.00 |

### Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Donna B Wallace | 0.40 | $250.00 |
| Elizabeth C Berg | 2.00 | $250.00 |

**Joseph A. Baldi & Associates, P. C.**                                    12/29/2008

Gallagher - Fee Applications                                              Page    4

---

**In Reference to:**   *Gallagher - Fee Applications*

## *Professional Services*

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 11/28/2006 | DBW | complete fee application, notice & exhibits | 2.50<br>$250.00/ hr | $625.00 |
| 12/19/2006 | JAB | Prepare for and attend hearing on Gallagher - B&A Interim Fee App | 0.70<br>$350.00/ hr | $245.00 |
| 11/03/2008 | RKP | Prepare Baldi & Associates final fee application (1.3); cover sheet, order and declaration( .2); prepare Trustee fee application (1.0); order, cover sheet and declaration (.2); review and edit same (.3). | 3.00<br>$150.00/ hr | $450.00 |
| | | Total Hours | 6.20 | Total Fees $1,320.00 |

**Joseph A. Baldi & Associates, P. C.**                                         12/29/2008

Gallagher - Fee Applications                                                    Page    5

|  |  |  |  |  |
|---|---|---|---|---|
| Total New Charges | | | | $1,320.00 |
| Previous Balance | | | | $1,250.00 |
| **Payment:** | 12/19/2008 | 1002 | Gallagher Construction | $-1,250.00 |
| Total Payments and Credits | | | | $-1,250.00 |
| Balance Due | | | | $1,320.00 |

## Timekeeper Summary

| Name | Hours | Rate |
|---|---|---|
| Donna B Wallace | 2.50 | $250.00 |
| Joseph A Baldi | 0.70 | $350.00 |
| Ricki K Podorovsky | 3.00 | $150.00 |

**Joseph A. Baldi & Associates, P. C.**

12/29/2008

Gallagher - Plote Receivable

Page 6

**In Reference to:** *Gallagher - Plote Receivable*

*Professional Services*

| Date | Staff | Description | Hours | Charges |
|---|---|---|---|---|
| 9/04/2007 | JAB | Review file, telephone call to Plote attorney re status of settlement negotiations. | 0.30<br>$400.00/ hr | $120.00 |
| 9/17/2007 | DBW | call to opposing counsel re acceptance of offer | 0.10<br>$300.00/ hr | $30.00 |
| 9/17/2007 | DBW | review file re drafting Motion to Approve compromise with Plote (.3), begin drafting Motion to compromise (.5) | 0.80<br>$300.00/ hr | $240.00 |
| 9/18/2007 | DBW | complete Motion to Approve settlement (.9), draft proposed order (.2), draft Notice to Creditors (.4) | 1.50<br>$300.00/ hr | $450.00 |
| 9/19/2007 | DBW | Teleconference with opposing counsel confirming settlement agreement,(.1), revise settlement agreement per discussion w/ opposing counsel (.3) e-mail to opposing counsel transmitting agreement for review (.1) | 0.50<br>$300.00/ hr | $150.00 |
| 10/15/2007 | DBW | revise Motion to address issues raised by opposing counsel (.2), draft e-mail to opposing counsel re same(.1) | 0.30<br>$300.00/ hr | $90.00 |
| 10/22/2007 | DBW | revise Motion & notice re conversation with opposing counsel (.3), e-file (.1), serve(.1) | 0.50<br>$300.00/ hr | $150.00 |
| 11/14/2007 | DBW | Appear in Court re Plote settlement | 0.30<br>$300.00/ hr | $90.00 |
| 11/15/2007 | DBW | letter transmitting order to counsel for Plote | 0.20<br>$300.00/ hr | $60.00 |

Total Hours 4.50   Total Fees $1,380.00

**Joseph A. Baldi & Associates, P. C.**                                12/29/2008

Gallagher - Plote Receivable                                           Page    7

|  |  |  |  |  |
|---|---|---|---|---|
| Total New Charges | | | | $1,380.00 |
| Previous Balance | | | | $955.00 |
| Payment: | 12/19/2008 | 1002 | Gallagher Construction | $-955.00 |
| Total Payments and Credits | | | | $-955.00 |
| Balance Due | | | | $1,380.00 |

## *Timekeeper Summary*

| Name | Hours | Rate |
|---|---|---|
| Donna B Wallace | 4.20 | $300.00 |
| Joseph A Baldi | 0.30 | $400.00 |

Case 04-08624 Doc 70 Filed 03/24/09 Entered 03/24/09 13:13:24 Desc Main
Document Page 15 of 16
Baldi & Associates
Final Fee Application
Gallagher Construction Corporation
Case No. 04-08624

Rule 2016 Affidavit

Exhibit B

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| GALLAGHER CONSTRUCTION CORP., | ) | Case No. 04-08624-SPS |
| | ) | |
| Debtor. | ) | Hon. Susan Pierson Sonderby |

**Rule 2016 Affidavit**

State of Illinois    )
County of Cook      )

I, Joseph A. Baldi, being first duly sworn upon oath, do depose and state as follows:

1.  I am the principal of Joseph A. Baldi & Associates and am authorized to execute this affidavit on behalf of Joseph A. Baldi & Associates.

2.  I have read the Second and Final Application for Allowance and Payment of Compensation of Joseph A. Baldi & Associates, Attorneys for Trustee ("Application") and all of the factual matters set forth therein are true to the best of my knowledge, information and belief. Joseph A. Baldi & Associates has performed the services set forth and described in the Application at the request and pursuant to the direction of the Trustee.

3.  A copy of the Application has been provided to Trustee and the Trustee has reviewed and approved the Application.

4.  Joseph A. Baldi & Associates has not previously received payment of any compensation for services rendered in connection with this case, except to the extent of the monies awarded and partially paid pursuant to this Court's order dated December 19, 2006. Joseph A. Baldi & Associates has not entered into any agreement with any other person or persons for the sharing of compensation received or to be received for services rendered in connection with this matter, except among the principals and associates of Joseph A. Baldi & Associates.

5.  Further affiant sayeth naught.

_____
Joseph A. Baldi

Subscribed and Sworn to before me
this ___ day of December 2008

_____
Notary Public

Exhibit B