UNITED STATES BANKRUPTCY COURT
DISTRICT OF

| | | |
|---|---|---|
| In re: § | | Case No. 04-08624 SPS |
| GALLAGHER CONSTRUCTION § | | |
| CORPORATION | | |
| § | | |
| Debtor(s) § | | |
| § | | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)

Joseph A. Baldi, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $             (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $              from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ____ on _____. The case was pending for ____ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Joseph A. Baldi, Trustee_____
                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEPT OF THE TREASURY - INTERNAL REVE |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH A. BALDI, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COOK COUNTY RECORDER OF DEEDS | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| JOSEPH A. BALDI & ASSOCIATES, P.C. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| IDOR | | | | | |
| IRS | | | | | |
| DEPT OF THE TREASURY - INTERNAL REVE | | | | | |
| ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Am Ex | | | | | |
| Am Ex | | | | | |
| Barge Terminal Trucking | | | | | |
| Batavia Damp Roofing | | | | | |
| Bernice Janczur | | | | | |
| CT Corp | | | | | |
| Cassidy Conveyor | | | | | |
| Central Contractors Service | | | | | |
| Charles LP | | | | | |
| Chicago Rush Currency Exch. | | | | | |
| Citibank | | | | | |
| City of Chicago | | | | | |
| Conbra Concrete | | | | | |
| Concrete Clinic | | | | | |
| Conesco Ind. | | | | | |
| Conseco Doka | | | | | |
| Cowhey Materials | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Deany Excavating | | | | | |
| Decanio Bldg | | | | | |
| Donald Murray | | | | | |
| Gateway Construction | | | | | |
| Globe Insurance | | | | | |
| Gunnar Robeznieks | | | | | |
| Holemaker Drilling | | | | | |
| Imperial Crane Serv. | | | | | |
| JMS Trucking Co. of IL | | | | | |
| John Robeznieks | | | | | |
| John Sakash Co. | | | | | |
| Jonathon Splitt | | | | | |
| Kris M. Lewandowski | | | | | |
| Lasor Source | | | | | |
| LeRoys Welding & Fabricating | | | | | |
| Lifting Gear Hire Corp | | | | | |
| Litgen Concrete & Coring | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| M. Tanzillo Inc. | | | | | |
| MA Steel Erectors Inc. | | | | | |
| MB Builders | | | | | |
| MBNA | | | | | |
| Mared Bldg. Corp. | | | | | |
| McCann Ind. | | | | | |
| Meyer Materials | | | | | |
| Midwest Crane Rentals | | | | | |
| Midwest Doc. Management | | | | | |
| Murphys Contractors Equi | | | | | |
| Mutual Sales Corp | | | | | |
| New Wilson Broadway | | | | | |
| Nextel Comm c/o RMA | | | | | |
| Peter Klingensmith | | | | | |
| Petitioning Creditors of Gallager | | | | | |
| Posen Oil Terminal | | | | | |
| Potter Form & Tie | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Premium Financing | | | | | |
| Quality Crane Service | | | | | |
| R&J Const. Supply | | | | | |
| Rankin Constr. Heaters | | | | | |
| Rebar Detailing | | | | | |
| Riverside Concrete Pump | | | | | |
| Rob Roy Const. | | | | | |
| Safeway Formwork Syst | | | | | |
| Society Insurance | | | | | |
| Sonja M. Dauparas, Pres. | | | | | |
| Standard Lumber | | | | | |
| Stevenson Crane | | | | | |
| Symons Corp | | | | | |
| Tip Top Builders | | | | | |
| Titon Formwork Syst. | | | | | |
| Travelers Indemnity Ins. | | | | | |
| United Cons. Products | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| United Rentals | | | | | |
| Wiess Janney Elstne | | | | | |
| Wii Pump | | | | | |
| Zee Medical | | | | | |
| Zurich American Insurance | | | | | |
| CHICAGO DISTRICT COUNCIL OF CARPENT | | | | | |
| GATWOOD CRANE SERVICE INC | | | | | |
| ILLINOIS DEPARTMENT OF EMPLOYMENT S | | | | | |
| LABORER"S PENSION FUND ET AL | | | | | |
| M TANZILLO INC | | | | | |
| MARED BUILDING CORP | | | | | |
| MB BUILDERS INC | | | | | |
| R & J CONSTRUCTION SUPPLY CO | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| REBAR DETAILING SERVICES INC | | | | | |
| RODRIGUEZ, FRANK | | | | | |
| TRAVELERS INDEMNITY INSURANCE | | | | | |
| WIL PUMP | | | | | |
| WISS, JANNEY, ELSTNER ASSOCIATES, I | | | | | |
| ZURICH AMERICAN INSURANCE CO | | | | | |
| ZURICH AMERICAN INSURANCE CO | | | | | |
| DEPT OF THE TREASURY - INTERNAL REVE | | | | | |
| KENDALL COUNTY CONCRETE INC | | | | | |
| ST. PAUL TRAVELERS (INVOL) | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 04-08624 | SPS | Judge: Susan Pierson Sonderby | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | GALLAGHER CONSTRUCTION CORPORATION | | | Date Filed (f) or Converted (c): | 03/04/04 (f) |
| | | | | 341(a) Meeting Date: | 12/15/04 |
| For Period Ending: | 06/22/09 | | | Claims Bar Date: | 05/08/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Insurance Policies  insurance for workmen's compensation claim, no value to estate | Unknown | 0.00 | | 0.00 | FA |
| 2. Accounts Receivable  Plote receivable for retention, not due till owner pays, mechanic's lien case pending to collect. Settled claim for $7,000 | Unknown | 7,000.00 | | 7,000.00 | FA |
| 3. Accounts Receivable  B2Built claim, mechanic's lien case filed, settled for $17,500 | Unknown | 17,500.00 | | 17,500.00 | FA |
| 4. Accounts Receivable  Misc accounts receivables - uncollectible | Unknown | Unknown | | 0.00 | FA |
| 5. Machinery, Fixtures, Business Equip  various equipment, reviewed and no resale value | Unknown | Unknown | | 0.00 | FA |
| 6. Post-Petition Interest Deposits (u) | Unknown | N/A | | 146.00 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $0.00 | $24,500.00 | | $24,646.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Pursued Debtor's mechanics lien case in state court against Melrose Place and B2Blt, agreed to settle for $17,500. Settlement approved by court and proceeds received by Trustee; Negotiated settlement of mechanic's lien claim as sub of Plote for $7,000. Submitted request for waiver of filing tax returns to IRS. TFR submitted to UST on January 26, 2009. Final hearing held 3/24/09

Initial Projected Date of Final Report (TFR): 12/31/07     Current Projected Date of Final Report (TFR): 01/31/09

LFORM1

UST Form 101-7-TDR (4/1/2009) *(Page: 12)*

Ver: 14.31a

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 04-08624 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
| --- | --- | --- | --- | --- |
| Case Name: | GALLAGHER CONSTRUCTION CORPORATION | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0452 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1725 | | | |
| For Period Ending: | 06/22/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 05/16/06 | 3 | JOHN B. MCCAULEY 1826 W. School Street Chicago, IL 60657 | Settlement Proceeds | 1149-000 | 17,500.00 | | 17,500.00 |
| 05/31/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 4.77 | | 17,504.77 |
| 06/15/06 | | Transfer to Acct #*******0517 | Bank Funds Transfer Transfer funds to pay release of mechanics lien against RE | 9999-000 | | 28.50 | 17,476.27 |
| 06/30/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 14.37 | | 17,490.64 |
| 07/31/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 14.86 | | 17,505.50 |
| 08/31/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 14.87 | | 17,520.37 |
| 09/29/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 14.40 | | 17,534.77 |
| 10/31/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 14.89 | | 17,549.66 |
| 11/30/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 14.42 | | 17,564.08 |
| 12/19/06 | | Transfer to Acct #*******0517 | Bank Funds Transfer Transfer to pay allowed interim expenses to attorneys. | 9999-000 | | 175.55 | 17,388.53 |
| 12/19/06 | | Transfer to Acct #*******0517 | Bank Funds Transfer Tranfer to pay allowed interim fees to attorneys. | 9999-000 | | 15,000.00 | 2,388.53 |
| 12/29/06 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 9.51 | | 2,398.04 |
| 01/31/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 2.04 | | 2,400.08 |
| 02/20/07 | | Transfer to Acct #*******0517 | Bank Funds Transfer | 9999-000 | | 2.01 | 2,398.07 |
| 02/28/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 1.84 | | 2,399.91 |
| 03/30/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 2.03 | | 2,401.94 |
| 04/30/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 1.98 | | 2,403.92 |
| 05/31/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 2.04 | | 2,405.96 |
| 06/29/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 1.97 | | 2,407.93 |
| 07/31/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 2.05 | | 2,409.98 |
| 08/31/07 | 6 | Bank of America, N.A. | Interest Rate 1.000 | 1270-000 | 2.05 | | 2,412.03 |
| 09/28/07 | 6 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 1.53 | | 2,413.56 |
| 10/31/07 | 6 | Bank of America, N.A. | Interest Rate 0.750 | 1270-000 | 1.55 | | 2,415.11 |

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 04-08624 -SPS | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|
| Case Name: | GALLAGHER CONSTRUCTION CORPORATION | | Bank Name: | Bank of America, N.A. |
| | | | Account Number / CD #: | *******0452 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******1725 | | | |
| For Period Ending: | 06/22/09 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/20/07 | 2 | Plote Construction Inc. 1100 Brandt Drive Hoffman Estates, IL 60192 | ACCOUNTS RECEIVABLE | 1121-000 | 7,000.00 | | 9,415.11 |
| 11/30/07 | 6 | Bank of America, N.A. | Interest Rate 0.650 | 1270-000 | 1.91 | | 9,417.02 |
| 12/31/07 | 6 | Bank of America, N.A. | Interest Rate 0.500 | 1270-000 | 4.50 | | 9,421.52 |
| 01/31/08 | 6 | Bank of America, N.A. | Interest Rate 0.400 | 1270-000 | 3.73 | | 9,425.25 |
| 02/19/08 | | Transfer to Acct #*******0517 | Bank Funds Transfer | 9999-000 | | 8.91 | 9,416.34 |
| 02/29/08 | 6 | Bank of America, N.A. | Interest Rate 0.300 | 1270-000 | 2.24 | | 9,418.58 |
| 03/31/08 | 6 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 2.23 | | 9,420.81 |
| 04/30/08 | 6 | Bank of America, N.A. | Interest Rate 0.250 | 1270-000 | 1.93 | | 9,422.74 |
| 05/30/08 | 6 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.19 | | 9,423.93 |
| 06/30/08 | 6 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.17 | | 9,425.10 |
| 07/31/08 | 6 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.20 | | 9,426.30 |
| 08/29/08 | 6 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.19 | | 9,427.49 |
| 09/30/08 | 6 | Bank of America, N.A. | Interest Rate 0.150 | 1270-000 | 1.17 | | 9,428.66 |
| 10/31/08 | 6 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 0.91 | | 9,429.57 |
| 11/28/08 | 6 | Bank of America, N.A. | Interest Rate 0.100 | 1270-000 | 0.77 | | 9,430.34 |
| 12/31/08 | 6 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.48 | | 9,430.82 |
| 01/30/09 | 6 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.08 | | 9,430.90 |
| 02/27/09 | 6 | Bank of America, N.A. | Interest Rate 0.010 | 1270-000 | 0.07 | | 9,430.97 |
| 03/24/09 | 6 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.06 | | 9,431.03 |
| 03/24/09 | | Transfer to Acct #*******0517 | Final Posting Transfer Transfer funds to pay final distribution. ecb March 24, 2009, 09:04 am | 9999-000 | | 9,431.03 | 0.00 |

LFORM2T4 UST Form 101-7-TDR (4/1/2009) (Page: 14)

Ver: 14.31a

FORM 2

Page: 3

### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: | 04-08624 -SPS | |
| Case Name: | GALLAGHER CONSTRUCTION CORPORATION | |
| Taxpayer ID No: | *******1725 | |
| For Period Ending: | 06/22/09 | |

| | | |
|---|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0452 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Account *******0452 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 2 | Deposits | 24,500.00 | 0 | Checks | 0.00 |
| 35 | Interest Postings | 146.00 | 0 | Adjustments Out | 0.00 |
| | | | 6 | Transfers Out | 24,646.00 |
| | Subtotal | $ 24,646.00 | | | |
| | | | | Total | $ 24,646.00 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 24,646.00 | | | |

FORM 2                                                                                                                                    Page: 4
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD                                                                                             Exhibit 9

| Case No: | 04-08624 -SPS | | | Trustee Name: | Joseph A. Baldi, Trustee |
|---|---|---|---|---|---|
| Case Name: | GALLAGHER CONSTRUCTION CORPORATION | | | Bank Name: | Bank of America, N.A. |
| | | | | Account Number / CD #: | *******0517 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******1725 | | | | |
| For Period Ending: | 06/22/09 | | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/15/06 | | Transfer from Acct #*******0452 | Bank Funds Transfer | 9999-000 | 28.50 | | 28.50 |
| | | | Transfer funds to pay release of mechanics lien against RE | | | | |
| 06/15/06 | 001001 | Cook County Recorder of Deeds | Recording Fee - Release of Subcontractor's Mecahnics Lien 14-21-312-029-000 abd 14-21-312-030-0000 | 2990-000 | | 28.50 | 0.00 |
| 12/19/06 | | Transfer from Acct #*******0452 | Bank Funds Transfer | 9999-000 | 175.55 | | 175.55 |
| | | | Transfer to pay allowed interim expenses to attorneys. | | | | |
| 12/19/06 | | Transfer from Acct #*******0452 | Bank Funds Transfer | 9999-000 | 15,000.00 | | 15,175.55 |
| | | | Tranfer to pay allowed interim fees to attorneys. | | | | |
| 12/19/06 | 001002 | Joseph A. Baldi & Associates, P.C. | Interim Compensation Per order dated 12/19/06 | 3110-000 | | 15,000.00 | 175.55 |
| 12/19/06 | 001003 | JOSEPH A BALDI & ASSOCIATES, P.C. 19 South LaSalle Street Suite 1500 Chicago, Il 60603 | Interim Allowance for Expenses Per ct order dated 12/19/06 | 3110-000 | | 175.55 | 0.00 |
| 02/20/07 | | Transfer from Acct #*******0452 | Bank Funds Transfer | 9999-000 | 2.01 | | 2.01 |
| 02/20/07 | 001004 | International Sureties, Ltd. Suite 500 203 Carondelet Street New Orleans LA 70130 | | 2300-000 | | 2.01 | 0.00 |
| 02/19/08 | | Transfer from Acct #*******0452 | Bank Funds Transfer | 9999-000 | 8.91 | | 8.91 |
| 02/19/08 | 001005 | International Sureties 701 Pydras Street #420 New Orleans, LA 70139 | Bond Premium Payment 2008 Annual premium payment | 2300-000 | | 8.91 | 0.00 |
| 03/24/09 | | Transfer from Acct #*******0452 | Transfer In From MMA Account Transfer funds to pay final distribution.  ecb March 24, 2009, 09:04 am | 9999-000 | 9,431.03 | | 9,431.03 |
| 05/01/09 | 001006 | JOSEPH A. BALDI , as Trustee | Trustee Compensation | 2100-000 | | 1,861.11 | 7,569.92 |

FORM 2 Page: 5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 04-08624 -SPS |
| Case Name: | GALLAGHER CONSTRUCTION CORPORATION |
| Taxpayer ID No: | *******1725 |
| For Period Ending: | 06/22/09 |

| | |
|---|---|
| Trustee Name: | Joseph A. Baldi, Trustee |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******0517 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 05/01/09 | 001007 | 19 S. LaSalle Street<br>Suite 1500<br>Chicago, Illinois 60603<br>Joseph A. Baldi & Associates, P.C.<br>19 S. LaSalle St. #1500<br>Chicago IL 60603 | Attorney for Trustee Fees (Trustee | 3110-000 | | 7,569.92 | 0.00 |

Account *******0517

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 0 | Deposits | 0.00 | 7 | Checks | 24,646.00 |
| 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | 0 | Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | | |
| | | | | Total | $ 24,646.00 |
| 0 | Adjustments In | 0.00 | | | |
| 6 | Transfers In | 24,646.00 | | | |
| | Total | $ 24,646.00 | | | |

Report Totals

| | | | | | | |
|---|---|---|---|---|---|---|
| | Balance Forward | 0.00 | | | | |
| 2 | Deposits | 24,500.00 | 7 | Checks | 24,646.00 |
| 35 | Interest Postings | 146.00 | 0 | Adjustments Out | 0.00 |
| | | | 6 | Transfers Out | 24,646.00 |
| | Subtotal | $ 24,646.00 | | | |
| | | | | Total | $ 49,292.00 |
| 0 | Adjustments In | 0.00 | | | |
| 6 | Transfers In | 24,646.00 | | | |
| | Total | $ 49,292.00 | | Net Total Balance | $ 0.00 |